**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

K. L.,                        :   No. 378 MAL 2015

             Respondent       :

                           :   Petition for Allowance of Appeal from
                           :   the Order of the Superior Court

        v.                   :

                           :

G. L., III,                   :

             Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of October, 2015, the Petition for Allowance of Appeal is **DENIED**.